SQUIRE PATTON BOGGS (US) LLP
555 South Flower Street, 31st Floor
Los Angeles, California 90071

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANAHID GRIGORIAN, an individual, | Case No. 2:18-CV-10302-DMG-PLA |
| Plaintiff, | **ORDER RE STIPULATED PROTECTIVE ORDER** |
| v. | |
| MERCEDES BENZ USA, LLC, a Delaware limited liability company; DAIMLER AG, a German corporation; and DOES 1 to 100, inclusive, | |
| Defendants. | |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

**IT IS SO ORDERED.**

DATED: February 5, 2020

_____
PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE