# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANAHID GRIGORIAN, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MERCEDES BENZ USA, LLC, a Delaware limited liability company; DAIMLER AG, a German corporation; and DOES 1 to 100, inclusive,<br><br>Defendants. | Case No.: CV 18-10302-DMG (PLAx)<br><br>**ORDER RE STIPULATED DISMISSAL OF MERCEDES-BENZ USA, LLC AND DAIMLER AG [42]** |

Based on the Parties' Stipulated Dismissal of Mercedes-Benz USA, LLC and DAIMLER AG ("Stipulation"), and good cause appearing,

**IT IS HEREBY ORDERED** that Mercedes-Benz USA, LLC and Daimler AG are **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), with each party to bear its own costs.

DATED: August 14, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

- 1 -